UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40029
DEBORAH ANN SORGI
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-8983

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 10/28/04 and confirmed on 12/17/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 30041.55 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITADEL FEDERAL CU | SECURED VEHIC | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | SECURED VEHIC | 8725.00 | 621.43 | 8725.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COOPER REHABILITATION | UNSECURED | 527.96 | .00 | 473.70 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTYVILLE BANK & TRUS | UNSECURED | 3060.83 | .00 | 2746.28 |
| NEXCOM | UNSECURED | 1968.66 | .00 | 1766.35 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5057.80 | .00 | 4538.03 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 6048.46 | .00 | 5426.89 |
| NORTH SUBURBAN MEDICAL S | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 569.31 | .00 | 510.80 |
| TDS METROCOM | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY FOOT ASSOCS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 562.07 | .00 | 504.31 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 474.61 | .00 | 425.84 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8725.00 | .00 | 18269.70 | .00 | 26994.70 |
| PRINCIPAL PAID | 8725.00 | .00 | 16392.20 | .00 | 25117.20 |
| INTEREST PAID | 621.43 | .00 | .00 | .00 | 621.43 |
| TOTAL PAID | 9346.43 | .00 | 16392.20 | .00 | 25738.63 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $ 2700.00
and was paid $ 2700.00 .

The Trustee received $ 1321.37 .

Refunds to the Debtor totaled $ 281.55 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 40029 DEBORAH ANN SORGI